BTXN 104a (rev. 09/19)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: CONNECTICUT HEALTHCARE
INSURANCE COMPANY

§
§    Case No.:   26-32010-15 (SGJ)
§
§
§
Debtor(s)    §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Walter_____  __Glenn_____  __S._____

   *Last*  *First*  *MI*

2. Firm Name: __Honigman LLP_____

3. Address: __2290 First National Building_____

   __660 Woodward Avenue_____

   __Detroit, MI 48226-3506_____

4. Phone: __313-465-7000_____  FAX: _____

   Email: __gwalter@honigman.com_____

5. Name used to sign *all* pleadings: __Glenn S. Walter_____

6. Retained by: __Connecticut Healthcare Insurance Company_____

7. Admitted on __September 4, 2015_____ and presently a member in good standing
   of the bar of the highest court of the state of __Michigan_____
   and issued the bar license number of __P79853_____ .

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | Eastern Disitrct of Michigan | 10/2015 |
   | California | 6/4/2002 |
   | New York | 1/22/1996 |

*Continued.*

9.   Are you presently a member in good standing of the bars of the courts listed above?

☑Yes ☐No

If "No," please list all courts which you are no longer admitted to practice:

10.   Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐Yes ☑No

If "Yes," please provide details:

11.   Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐Yes ☑No

If "Yes," please provide details:

12.   Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| Date of Application | Case No. and Style |
| --- | --- |
| 5/20/2025 | 25-80002, In re Prospect Medical Holdings, Inc. et al. |
| | |
| | |

13.   Local counsel of record:   Jackson Walker LLP

14.   Local counsel's address:   2323 Ross Avenue, Suite 600

Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☑ I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Glenn S. Walter
_____
Printed Name of Applicant

_____
Signature of Applicant

_____
Date