Vienna F. Anaya (TX Bar No. 24091225)
Emily Meraia (TX Bar No. 24129307)
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
Email: vanaya@jw.com
Email: emeraia@jw.com

and

Scott B. Kitei, Esq. (*pro hac vice* pending)
Glenn S. Walter (*pro hac vice* pending)
**HONIGMAN LLP**
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7000
Email: skitei@honigman.com
Email: gwalter@honigman.com

*Counsel for the Authorized Foreign Representatives*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In Re: | Chapter 15 |
| **CONNECTICUT HEALTHCARE INSURANCE COMPANY,**[1] | |
| Debtor in Foreign Proceeding. | Case No. 26-32010 (SGJ) |

**NOTICE OF REVISED PROPOSED ORDER REGARDING
FOREIGN REPRESENTATIVES' EMERGENCY MOTION FOR (A) PROVISIONAL
RELIEF UNDER SECTION 1519 OF THE BANKRUPTCY CODE, (B) EXTENSION OF
THE AUTOMATIC STAY TO PROSPECT DEBTOR DEFENDANTS, AND (C)
GRANTING RELATED RELIEF [DOCKET NO. 7]**

---

[1]     The Debtor's mailing address is Marsh Management Services Cayman Ltd., Governors Square, Building 4, Floor 2, 23 Lime Tree Bay Avenue, P.O. Box 1051, Grand Cayman KY1-1102. Copies of the pleadings filed in this Chapter 15 case are available on the Debtor's public website: https://omniagentsolutions.com/CHIC.

1

**PLEASE TAKE NOTICE THAT** on May 5, 2026, Michael Pearson and Orla O'Regan of JTC Special Situations Limited, solely in their capacities as joint and several provisional liquidators and authorized foreign representatives ("**Foreign Representatives**" or "**JPLs**") for the above-captioned debtor (the "**Debtor**"), filed the *Foreign Representatives' Emergency Motion for (A) Provisional Relief Under Section 1519 of the Bankruptcy Code, (B) Extension of the Automatic Stay to Prospect Debtor Defendants, and (C) Granting Related Relief* [Docket No. 7] (the "**Provisional Relief Motion**") in the United States Bankruptcy Court for the Northern District of Texas (the "**Court**").

**PLEASE TAKE FURTHER NOTICE THAT**, among other requested relief, the Provisional Relief Motion requests that the Court enter an order extending the automatic stay under section 362 of the Bankruptcy Code (the "**Non-Debtor Extension Request**") to Prospect ECHN, Inc., Prospect Medical Holdings, Inc., and their affiliated entities (collectively, the "**Prospect Debtors**"), which entities are debtors in the bankruptcy cases captioned *In re: Prospect Medical Holdings, Inc. et al*, Case No. 25-80002 (SGJ) (Jointly Administered).

**PLEASE TAKE FURTHER NOTICE THAT** the Foreign Representatives are withdrawing without prejudice the Non-Debtor Extension Request set forth in the Provisional Relief Motion. A revised proposed order reflecting removal of the Non-Debtor Extension Request relief is attached hereto as **Exhibit A** the ("**Revised Proposed Order**"). A redline comparing the Revised Proposed Order to the original version of the proposed order filed with the Provisional Relief Motion filed at Docket No. 7-1 is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE THAT**, for the avoidance of doubt, nothing herein shall impact any of the other relief requested in the Provisional Relief Motion and the Foreign Representatives intend to go forward on the Provisional Relief Motion with respect to all

other relief requested, as set forth in the Revised Proposed Order, at the virtual hearing set for **May 7, 2025, at 10:30 a.m. (prevailing Central Time)** before the Honorable Stacey G.C. Jernigan, Chief United States Bankruptcy Judge, Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, Texas 75242.

*[Remainder of page intentionally left blank]*

DATED: May 6, 2026

Respectfully submitted,

*/s/ Vienna F. Anaya*

**JACKSON WALKER LLP**
Vienna F. Anaya (TX Bar No. 24091225)
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 661-6803
Email: vanaya@jw.com

**JACKSON WALKER LLP**
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: emeraia@jw.com

*and*

**HONIGMAN LLP**
Scott B. Kitei, Esq. (*pro hac vice* pending)
Glenn S. Walter, Esq. (*pro hac vice* pending)
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506
Telephone: (313) 465-7000
Facsimile: (313) 465-7713
E-mail: skitei@honigman.com
E-mail: gwalter@honigman.com

*Counsel for the Authorized Foreign Representatives*

## CERTIFICATE OF SERVICE

I certify that on May 6, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *Vienna F. Anaya*
Vienna F. Anaya