Vienna F. Anaya (TX Bar No. 24091225)
Emily Meraia (TX Bar No. 24129307)
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
Email: vanaya@jw.com
Email: emeraia@jw.com

and

Scott B. Kitei, Esq. (*pro hac vice* pending)
Glenn S. Walter (*pro hac vice* pending)
**HONIGMAN LLP**
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7000
Email: skitei@honigman.com
Email: gwalter@honigman.com

*Counsel for the Authorized Foreign Representatives*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In Re: | Chapter 15 |
| **CONNECTICUT HEALTHCARE INSURANCE COMPANY,**[1] | |
| Debtor in Foreign Proceeding. | Case No. 26-32010-15 (SGJ) |

**AMENDED AGENDA OF MATTERS FOR VIRTUAL HEARING SCHEDULED FOR
MAY 7, 2026, AT 10:30 A.M. (PREVAILING CENTRAL TIME)**

Michael Pearson and Orla O'Regan of JTC Special Situations Limited, solely in their capacities as joint and several provisional liquidators and authorized foreign representatives ("**Foreign Representatives**" or "**JPLs**") for the above-captioned debtor (the "**Debtor**"), hereby

---

[1]    The Debtor's mailing address is Marsh Management Services Cayman Ltd., Governors Square, Building 4, Floor 2, 23 Lime Tree Bay Avenue, P.O. Box 1051, Grand Cayman KY1-1102. Copies of the pleadings filed in this Chapter 15 case are available on the Debtor's public website: https://omniagentsolutions.com/CHIC.

files this Amended Agenda of Matters set for the virtual hearing to be held on **May 7, 2026, at**

**10:30 a.m. (prevailing Central Time)** (the "Hearing") before the Honorable Stacey G.C.

Jernigan, Chief United States Bankruptcy Judge, Earle Cabell Federal Building, 1100 Commerce

Street, 14th Floor, Courtroom 1, Dallas, Texas 75242.

**A.**     **Motions/Orders:**

1.     *Notice of Designation as Complex Chapter 15 Case* [Docket No. 2]

   **Status:** Going forward

   **Related Documents:**

   (a)     *Proposed Order Granting Complex Bankruptcy Case Treatment* [Docket No. 2-1]

2.     *Foreign Representatives' Emergency Motion for (A) Provisional Relief Under Section 1519 of the Bankruptcy Code, (B) Extension of the Automatic Stay to Prospect Debtor Defendants, and (C) Granting Related Relief* [Docket No. 7]

   **Status:** Going forward

   **Related Documents:**

   (a)     Witness and Exhibit List for Hearing Scheduled for May 7, 2026, at 10:30 a.m. (Prevailing Central Time) [Docket No. 13] ("Witness and Exhibit List")

   (b)     *Declaration of Frank Saidara in Support of Applying the Protections of the Automatic Stay to the Debtor's Non-Debtor Affiliates* [Docket No. 5] (**"Saidara Declaration"**)

   (c)     *Declaration of Michael Pearson Pursuant to 28 U.S.C. § 1746* [Docket No. 3] (**"Pearson Declaration"**)

   (d)     *Declaration of John Michael Harris as Cayman Islands Counsel to the Debtor in Support of (I) Chapter 15 Petition for Recognition of a Foreign Proceeding, (II) Verified Petition of Connecticut Healthcare Insurance Company, and (III) Debtor's Emergency Motion for Provisional Relief Under Section 1519 of the Bankruptcy Code* [Docket No. 4] (**"Harris Declaration"**)

   (e)     *Revised Proposed Order Granting Foreign Representatives' Emergency Motion for (A) Provisional Relief Under Section 1519 of the Bankruptcy Code, and (B) Granting Related Relief* [Docket No. 15-1]

3

    3.    *Foreign Representatives' Emergency Motion for Entry of an Order (I) Scheduling Recognition Hearing, (II) Specifying Form and Manner of Service of Service of Notice, (III) Authorizing Redaction of Certain Personally Identifiable Information, and (IV) Granting Related Relief* [Docket No. 8]

**Status:** Going forward

**Related Documents:**

(a)    Witness and Exhibit List

(b)    *Saidara Declaration*

(c)    *Pearson Declaration*

(d)    *Harris Declaration*

(e)    *Proposed Order (I) Scheduling Recognition Hearing, (II) Specifying Form and Manner of Service of Service of Notice, (III) Authorizing Redaction of Certain Personally Identifiable Information, and (IV) Granting Related Relief* [Docket No. 8-1]

**DATED**: May 6, 2026

Respectfully submitted,

*/s/ Vienna F. Anaya*

**JACKSON WALKER LLP**
Vienna F. Anaya (TX Bar No. 24091225)
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 661-6803
Email: vanaya@jw.com

**JACKSON WALKER LLP**
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: emeraia@jw.com

*and*

**HONIGMAN LLP**
Scott B. Kitei, Esq. (*pro hac vice* pending)
Glenn S. Walter, Esq. (*pro hac vice* pending)
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506
Telephone: (313) 465-7000
Facsimile: (313) 465-7713
E-mail: skitei@honigman.com
E-mail: gwalter@honigman.com

*Counsel for the Authorized Foreign Representatives*

**CERTIFICATE OF SERVICE**

I certify that on May 6, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Vienna F. Anaya*
Vienna F. Anaya