**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>**CONNECTICUT HEALTHCARE INSURANCE COMPANY,**[1]<br><br>Debtor in Foreign Proceeding. | Chapter 15<br><br>Case No. 26-32010-15 (SGJ) |

**AFFIDAVIT OF SERVICE**

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on May 5, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the methods set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Designation as Complex Chapter 15 Bankruptcy Case [Docket No. 2]**
- **Declaration of Michael Pearson Pursuant to 28 U.S.C. § 1746 [Docket No. 3]**
- **Declaration of John Michael Harris as Cayman Islands Counsel to the Debtor in Support of (I) Chapter 15 Petition for Recognition of a Foreign Proceeding, (II) Verified Petition of Connecticut Healthcare Insurance Company, and (III) Debtor's Emergency Motion for Provisional Relief Under Section 1519 of the Bankruptcy Code [Docket No. 4]**
- **Declaration of Frank Saidara in Support of Applying the Protections of the Automatic Stay to the Debtor's Non-Debtor Affiliates [Docket No. 5]**
- **Verified Petition for Entry of an Order Recognizing Foreign Main Proceeding and Granting Additional Relief [Docket No. 6]**
- **Foreign Representatives' Emergency Motion for (A) Provisional Relief Under Section 1519 of the Bankruptcy Code, (B) Extension of the Automatic Stay to Prospect Debtor Defendants, and (C) Granting Related Relief [Docket No. 7]**

[1] The Debtor's mailing address is Marsh Management Services Cayman Ltd., Governors Square, Building 4, Floor 2, 23 Lime Tree Bay Avenue, P.O. Box 1051, Grand Cayman KY1-1102.

- **Foreign Representatives' Emergency Motion for Entry of an Order (I) Scheduling Recognition Hearing, (II) Specifying Form and Manner of Service of Notice, (III) Authorizing Redaction of Certain Personally Identifiable Information, and (IV) Granting Related Relief [Docket No. 8]**

- **Notice of Commencement of Chapter 15 Case and First Day Hearings [Docket No. 12]**

- **Witness and Exhibit List for Hearing Scheduled for May 7, 2026, at 10:30 A.M. (Prevailing Central Time) [Docket No. 13]**

- **Agenda of Matters for Virtual Hearing Scheduled for May 7, 2026, at 10:30 A.M. (Prevailing Central Time) [Docket No. 14]**

Dated: May 6, 2026

_______________________
Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 6th day of May, 2026, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_______________________
Notary Public

ASHLEY STEFANOVIC
Notary Public - California
Los Angeles County
Commission # 2529269
My Comm. Expires Aug 7, 2029

# EXHIBIT A

**Exhibit A**

Service List

| Creditor | Address | | | | Email | First Class Mail |
|---|---|---|---|---|---|---|
| AIG | 1271 Avenue of the Americas, 51st Fl | New York, NY 10020-1304 | | | | First Class Mail |
| AIG | | | | | HealthcareFNOL@aig.com | Email |
| Allied World Insurance Co | | | | | thomas.reed@awac.com | Email |
| Arch | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Arch | Harborside 3 | 210 Hudson St, Ste 300 | Jersey City, NJ 07311-1107 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| AWAC | | | | | noticeofloss@awac.com | Email |
| AWAC | | | | | noticeofloss@awac.com | Email |
| AXA XL | 20 Gracechurch St | London EC3V 0BG | United Kingdom | | sbraun@clarkhill.com | Email<br>First Class Mail |
| AXA XL | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Barbican | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Barton Gilman, LLP | Attn: Angela L Carr, Andrew M Lynch | Attn: Stacey K Hurley | 1 Financial Plz, 18th Fl | Providence, RI 02903 | | First Class Mail |
| Berkley | | | | | pmartin@fmdlegal.com;<br>rbartolone@berkleyhealthcare.com | Email |
| Berkley Managers Insurance Services LLC | | | | | rbartolone@berkleyhealthcare.com | Email |
| Berkley Med | | | | | claimservices@berkleymed.com | Email |
| BerkleyMed | | | | | claimsservice@berkleymed.com;<br>pmartin@fmdlegal.com | Email |
| Berkshire | c/o Foran Glennon Palandech Ponzi & Rudloff | 999 18th St, Unit 3000 | Denver, CO 80202 | | claimsnotice@bhspecialty.com;<br>aperry@fgppr.com;<br>lblacet@fgppr.com | Email<br>First Class Mail |
| Berkshire Hathaway | | | | | claimsnotice@bhspecialty.com | Email |
| BRIT | The Leadenhall Bldg | 122 Leadenhall St | London, EC3V 4AB | United Kingdom | | First Class Mail |
| Capplis, Connors & CArroll, PC | Attn: Sean E Capplis | 18 Tremont St, Ste 330 | Boston, MA 02108 | | | First Class Mail |
| Cayman Island Monetary Authority | Pavilion E, Cricket Sq | 205 Elgin Ave | P.O. Box 10052 | Grand Cayman, KY1-1001, Cayman Islands | | First Class Mail |
| Chaucer | 52 Lime St | London EC3M 7AF | United Kingdom | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Chaucer | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Chubb | 40 Leadenhall St | London EC3A 2BJ | United Kingdom | | | First Class Mail |
| Chubb | 525 W Monroe, 7th Fl | Chicago, IL 60661 | | | | First Class Mail |
| Chubb | P.O. Box 5122 | Scranton, PA 18505 | | | | First Class Mail |
| Clark Hill / Various London Underwriters | | | | | pclancy@clarkhill.com;<br>sbraun@clarkhill.com | Email |
| CNA | | | | | steven.bryant@troutman.com;<br>david.swanson@troutman.com;<br>jonathan.young@troutman.com;<br>michael.kind@troutman.com | Email |
| Continental Casualty Company | c/o Troutman Pepper Locke LLP | Attn: Michael Kind | 111 S Wacker Dr, Ste 4100 | Chicago, IL 60606 | michael.kind@troutman.com | Email<br>First Class Mail |
| Continental Casualty Company | c/o Kennedys | Attn: Erik Gettell | 455 Market St, Ste 1900 | San Francisco, CA 94105 | eryk.gettell@kennedyslaw.com | Email<br>First Class Mail |
| Continental Casualty Company | c/o Troutman Pepper Locke LLP | Attn: Jonathan Young | 401 9th St NW, Ste 1000 | Washington, DC 20004 | jonathan.young@troutman.com | Email<br>First Class Mail |
| Convex | 52 Lime St | London EC3M 7AF | United Kingdom | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Convex | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Coverys | | | | | claimlossinfo@coverys.com | Email |
| Coverys Insurance Co | | | | | jmahoney@coverys.com | Email |
| Coverys London | 1 Financial Ctr, 13th Fl | Boston, MA 02111 | | | jmahoney@coverys.com;<br>claimlossinfo@coverys.com;<br>sbraun@clarkhill.com | Email<br>First Class Mail |
| Coverys London | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | jmahoney@coverys.com;<br>claimlossinfo@coverys.com;<br>sbraun@clarkhill.com | Email<br>First Class Mail |
| Coverys US | 1 Financial Ctr, 13th Fl | Boston, MA 02111 | | | jmahoney@coverys.com;<br>claimlossinfo@coverys.com;<br>sbraun@clarkhill.com | Email<br>First Class Mail |
| Coverys US | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | jmahoney@coverys.com;<br>claimlossinfo@coverys.com;<br>sbraun@clarkhill.com | Email<br>First Class Mail |
| Dale | 70 St Mary Axe | London EC3A 8BE | United Kingdom | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Dale | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Endurance | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Frank Saidara | 2355 Westwood Blvd, Ste 1101 | Los Angeles, CA 90064 | | | franks@saidara.org | Email<br>First Class Mail |
| Hamilton | Wellesley House N | 90 Pitts Bay Rd, 1st Fl | HM 08 Hamilton | Bermuda | | First Class Mail |
| Honigman LLP | Attn: Glenn S Walter, Scott B Kitei | 2290 1st National Bldg | 660 Woodward Ave | Detroit, MI 48226 | gwalter@honigman.com; skitei@honigman.com | Email<br>First Class Mail |
| Ironshore | 20 Fenchurch St | London EC3M 3AW | United Kingdom | | | First Class Mail |
| Ironshore | 300 S Wacker Dr, 7th Fl | Chicago, IL 60606 | | | | First Class Mail |
| Jackson Walker LLP | Attn: Vienna F Anaya, Emily Meraia | 2323 Ross Ave, Ste 600 | Dallas, TX 75201 | | vanaya@jw.com; emeraia@jw.com | Email<br>First Class Mail |
| Kelley Drye & Warren LLP | | | | | ewilson@kelleydrye.com | Email |
| Kelley Drye & Warren LLP | | | | | kelliott@kelleydrye.com;<br>KDWBankruptcyDepartment@kelleydrye.com | Email |
| Kelley Drye & Warren LLP | Attn: Jason R Adams, Eric R Wilson | Attn: Kristin S Elliott | 3 World Trade Ctr | 175 Greenwich St | jadams@kelleydrye.com | Email<br>First Class Mail |
| KSG Attorneys at Law | Attn: John Harris | 4th Fl, 1 Capital Pl, Shedden Rd | P.O. Box 2255 | George Town, | JohnHarris@ksglaw.ky | Email<br>First Class Mail |
| Law Office of Vincent Slusher | Attn: Vincent Slusher | 2121N Akard St, Ste 250 | Dallas, TX 75201 | | | First Class Mail |
| Lexington Insurance Co | | | | | Mary.McCarthy1@aig.com | Email |
| Lexington/AIG | | | | | mdavis@zeklaw.com;<br>mmccarthy@zeklaw.com;<br>gbernhard@zeklaw.com;<br>Mary.McCarthy1@aig.com;<br>bleinbach@zeklaw.com | Email |
| Lloyds Syndicate Barbican | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Lloyd's-Barbican | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Lloyd's-Brit | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Lloyds-Chaucer | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Lloyd's-Faraday | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |

**Exhibit A**

Service List

| Creditor | Address | | | | Email | First Class Mail |
|---|---|---|---|---|---|---|
| Lockton | | | | | JShrader@lockton.com;<br>Kelsey.Brinigar@lockton.com;<br>Alyssa.Squire@lockton.com;<br>Jacob.Hardy@lockton.com;<br>Jennifer.Manry@lockton.com | Email |
| Marasco & Nesselbush, LL | Attn: Jane R Duket, Douglas Chabot | 685 Westminster St | Providence, RI 02903 | | jduket@m-n-law.com | Email<br>First Class Mail |
| Markel | | | | | newclaims@markel.com;<br>re-usclaims@markel.com | Email |
| Markel | 20 Fenchurch St | London EC3M 3AZ | United Kingdom | | newclaims@markel.com;<br>re-usclaims@markel.com | Email<br>First Class Mail |
| Markel | 4521 Highwoods Pkwy | Glen Allen, VA 23060 | | | newclaims@markel.com;<br>re-usclaims@markel.com | Email<br>First Class Mail |
| Markel Group Inc | | | | | mandy.vickers@markel.com | Email |
| Medical Protective Co | | | | | kclayson@taftlaw.com;<br>ttorni@taftlaw.com;<br>det_docket_assist@taftlaw.com | Email |
| MedPro | | | | | Dan.Wiesch@medpro.com;<br>Nathan.Pagryzinski@medpro.com;<br>reportaclaim@medpro.com;<br>kclayson@taftlaw.com | Email |
| MedPro | | | | | reportaclaim@medpro.com | Email |
| MedPro Group, Inc | | | | | Nathan.Pagryzinski@medpro.com;<br>Dan.Wiesch@medpro.com | Email |
| MS Amlin | The Leadenhall Bldg | 122 Leadenhall St | London, EC3V 4AB | United Kingdom | | First Class Mail |
| Name Redacted 100 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 101 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 102 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 103 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 104 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 105 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 106 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 107 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 108 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 109 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 110 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 111 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 112 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 113 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 114 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 115 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 116 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 117 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 118 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 119 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 120 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 121 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 122 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 123 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 124 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 125 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 126 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 127 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 128 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 129 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 130 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 131 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 132 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 133 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 134 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 135 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 136 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 137 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 138 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 139 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 140 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 141 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 142 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |

**Exhibit A**

Service List

| Creditor | Address | | | | Email | First Class Mail |
|---|---|---|---|---|---|---|
| Name Redacted 143 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 144 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 145 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 146 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 147 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 148 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 149 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 150 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 151 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 152 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 153 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 154 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 155 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 156 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 157 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 158 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 159 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 160 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 161 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 162 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 163 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 164 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 165 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 166 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 167 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 168 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 169 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 17 | | | | | Email Redacted | Email |
| Name Redacted 170 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 171 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 172 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 173 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 174 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 175 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 176 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 177 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 178 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 179 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 18 | | | | | Email Redacted | Email |
| Name Redacted 180 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 181 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 182 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 183 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 184 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 185 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 186 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 187 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 188 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 189 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 190 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 191 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 192 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 193 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 194 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 195 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 196 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |

**Exhibit A**

Service List

| Creditor | Address | | | | Email | First Class Mail |
|---|---|---|---|---|---|---|
| Name Redacted 197 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 198 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 199 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 200 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 201 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 202 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 203 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 204 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 205 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 206 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 207 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 208 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 209 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 210 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 211 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 212 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 213 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 214 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 215 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 216 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 217 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 218 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 219 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 220 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 221 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 222 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 223 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 224 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 225 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 226 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 227 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 228 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 229 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 230 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 231 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 232 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 233 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 234 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 235 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 236 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 237 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 238 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 239 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 240 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 241 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 242 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 243 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 244 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 245 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 246 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 247 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 248 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 249 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 250 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 251 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |

**Exhibit A**

Service List

| Creditor | Address | | | | Email | First Class Mail |
|---|---|---|---|---|---|---|
| Name Redacted 252 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 253 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 254 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 255 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 256 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 257 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 258 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 259 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 260 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 261 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 262 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 263 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 264 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 265 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 266 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 267 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 268 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 269 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 270 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 271 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 272 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 273 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 274 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 275 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 276 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 277 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 278 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 279 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 280 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 281 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 282 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 283 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 284 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 285 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 286 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 287 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 288 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 289 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 290 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 291 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 292 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 293 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 294 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 295 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 296 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 297 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 298 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 299 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 300 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 301 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 302 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 303 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 304 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 305 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 306 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |

**Exhibit A**

Service List

| Creditor | Address | | | | Email | First Class Mail |
|---|---|---|---|---|---|---|
| Name Redacted 307 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 308 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 309 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 310 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 311 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 312 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 313 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 314 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 315 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 316 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 317 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 318 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 319 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 320 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 321 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 322 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 323 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 324 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 325 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 326 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 327 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 328 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 329 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 330 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 331 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 332 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 333 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 334 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 335 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 336 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 337 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 338 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 339 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 34 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 340 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 341 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 342 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 343 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 344 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 345 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 346 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 347 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 348 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 349 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 35 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 350 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 351 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 352 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 353 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 354 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 355 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 356 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 357 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 358 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 359 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |

**Exhibit A**

Service List

| Creditor | Address | | | | Email | First Class Mail |
|---|---|---|---|---|---|---|
| Name Redacted 36 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 360 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 361 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 362 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 363 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 364 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 365 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 366 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 367 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 368 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 369 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 37 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 370 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 371 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 372 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 373 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 374 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 375 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 376 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 377 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 378 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 379 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 38 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 380 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 381 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 382 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 383 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 384 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 385 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 386 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 387 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 388 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 389 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 39 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 390 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 391 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 392 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 393 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 394 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 395 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 396 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 397 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 398 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 399 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 40 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 400 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 401 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 402 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 403 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 404 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 405 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 406 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 407 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 408 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 409 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |

**Exhibit A**

Service List

| Creditor | Address | | | | Email | First Class Mail |
|---|---|---|---|---|---|---|
| Name Redacted 41 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 410 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 411 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 412 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 413 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 414 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 416 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 417 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 418 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 419 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 42 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 420 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 421 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 422 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 423 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 424 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 425 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 426 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 427 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 428 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 429 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 43 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 430 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 431 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 432 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 433 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 434 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 435 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 436 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 437 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 438 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 439 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 44 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 440 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 441 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 442 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 443 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 444 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 445 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 446 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 447 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 448 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 449 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 45 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 450 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 451 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 452 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 453 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 454 | | | | | Email Redacted | Email |
| Name Redacted 455 | | | | | Email Redacted | Email |
| Name Redacted 456 | | | | | Email Redacted | Email |
| Name Redacted 457 | | | | | Email Redacted | Email |
| Name Redacted 458 | | | | | Email Redacted | Email |
| Name Redacted 46 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 47 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 48 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 49 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 498 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |

**Exhibit A**

Service List

| Creditor | Address | | | | Email | First Class Mail |
|---|---|---|---|---|---|---|
| Name Redacted 499 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 50 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 500 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 501 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 502 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 503 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 504 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 505 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 506 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 507 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 508 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 509 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 51 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 510 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 511 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 512 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 513 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 514 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 515 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 516 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 517 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 518 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 519 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 52 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 520 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 521 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 522 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 523 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 524 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 525 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 526 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 527 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 528 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 529 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 53 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 530 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 531 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 532 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 533 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 534 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 535 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 536 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 54 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 55 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 56 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 57 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 58 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 59 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 60 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 61 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 62 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 63 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 64 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 65 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 66 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |

**Exhibit A**

Service List

| Creditor | Address | | | | Email | First Class Mail |
|---|---|---|---|---|---|---|
| Name Redacted 67 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 68 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 69 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 70 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 71 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 72 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 73 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 74 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 75 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 76 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 77 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 78 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 79 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 80 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 81 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 82 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 83 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 84 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 85 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 86 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 87 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 88 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 89 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 90 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 91 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 92 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 93 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 94 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 95 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 96 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 97 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 98 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted 99 | Address Redacted | | | | Email Redacted | Email<br>First Class Mail |
| Office of the US Trustee | 1100 Commerce St, Ste 976 | Dallas, TX 75242 | | | elizabeth.a.young@usdoj.gov | Email<br>First Class Mail |
| Pennsylvania Insurance Dept | Attn: Howard H Lewis, II | Capitol Associates Bldg | 901 N 7th St, 3rd Fl | Harrisburg, PA 17102-1420 | | First Class Mail |
| Prospect Medical Holdings, Inc | Attn: Frank Saidara, General Counsel | 3824 Hughes Ave | Culver City, CA 90232 | | frank.saidara@pmh.com;<br>prundell@alvarezandmarsal.com | Email<br>First Class Mail |
| Sidley Austin, LLP | Attn: William E Curtin, Patrick Venter | Attn: Anne G Wallice | 787 7th Ave | New York, NY 10019 | wcurtin@sidley.com;<br>pventer@sidley.com;<br>anne.wallice@sidley.com | Email<br>First Class Mail |
| Sidley Austin, LLP | Attn: Thomas R Califano, Rakhee V Patel | Attn: Maegan Quejada | 2021 McKinney Ave, Ste 2000 | Dallas, TX 75201 | tom.califano@sidley.com;<br>rpatel@sidley.com;<br>mquejada@sidley.com | Email<br>First Class Mail |
| Sompo | | | | | insuranceclaims@sompo-intl.com;<br>eclaims@sompo-intl.com | Email |
| Sompo | | | | | insuranceclaims@sompo-intl.com;<br>eclaims@sompo-intl.com | Email |
| Sompo International Holdings Ltd | | | | | lfulopslaughter@sompo-intl.com | Email |
| TDC | 29 Mill St | Unionville, CT 06085 | | | sbraun@clarkhill.com | Email<br>First Class Mail |
| TDC | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |
| TDC Specialty | 29 Mill St | Unionville, CT 06085 | | | sbraun@clarkhill.com | Email<br>First Class Mail |
| TDC Specialty | c/o Clark Hill PLC | 130 E Randolph St, Ste 3900 | Chicago, IL 60601 | | sbraun@clarkhill.com | Email<br>First Class Mail |