

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 8, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 15 |
| **CONNECTICUT HEALTHCARE INSURANCE COMPANY,**[1] | |
| Debtor in Foreign Proceeding. | Case No. 26-32010-15 (SGJ) |

### ORDER GRANTING COMPLEX BANKRUPTCY CASE TREATMENT

On May 5, 2026, Michael Pearson and Orla O'Regan of JTC Special Situations Ltd. (the

"**Foreign Representatives**"), solely in their capacities as the joint and several provisional

liquidators and authorized foreign representatives (the "**Foreign Representatives**") of the above-

---

[1] The Debtor's mailing address is Marsh Management Services Cayman Ltd., Governors Square, Building 4, Floor 2, 23 Lime Tree Bay Avenue, P.O. Box 1051, Grand Cayman KY1-1102. Copies of the pleadings filed in this Chapter 15 case are available on the Debtor's public website: https://omniagentsolutions.com/CHIC.

75209398.2

captioned debtor (the "**Debtor**"), filed a voluntary petition for relief under chapter 15 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Texas (the "**Court**") on behalf of the Debtor commencing this chapter 15 case (the "**Chapter 15 Case**").  Also on May 5, 2026, the Foreign Representatives filed the *Notice of Designation as Complex Chapter 15 Case* (*see* General Order No. 2023-01).  After review of the initial pleadings filed in this Chapter 15 Case, the Court concludes that this Chapter 15 Case is a complex bankruptcy case warranting application of the *Procedures for Complex Cases in the Northern District of Texas* ("**Complex Case Procedures**").  Accordingly, unless the Court orders otherwise,

**IT IS HEREBY ORDERED THAT:**

1.	The Complex Case Procedures and the *Local Bankruptcy Rules for the Northern District of Texas* (the "**Local Bankruptcy Rules**") shall apply and govern this Chapter 15 Case. Compliance with the Complex Case Procedures is required for all hearing, notice, and objection procedures.  The Complex Case Procedures can be found on the Court's website at: https://www.txnb.uscourts.gov/complex-case-procedures.  If a conflict exists between the Local Bankruptcy Rules and the Complex Case Procedures, the Complex Case Procedures shall govern.

2.	The Foreign Representatives (or their noticing agent) shall give notice of this Order to all parties in interest within seven (7) days of entry of the Order.  If any party in interest objects to the provisions of this Order, that party may file an appropriate motion articulating the objection and the relief requested within 14 days of service of the Order.  After hearing the objection and any responses, the Court may reconsider any part of this Order and may grant relief, if appropriate.

# # # END OF ORDER # # #

2

75209398.2

Order submitted by:

**JACKSON WALKER LLP**
Vienna F. Anaya (TX Bar No. 24091225)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
Email: vanaya@jw.com

**JACKSON WALKER LLP**
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: emeraia@jw.com

*and*

**HONIGMAN LLP**
Scott B. Kitei, Esq. (*pro hac vice* pending)
Glenn S. Walter (*pro hac vice* pending)
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506
Telephone: (313) 465-7712
Facsimile: (313) 465-7713
Email: skitei@honigman.com
Email: gwalter@honigman.com

*Counsel for the Authorized Foreign Representatives*

3

75209398.2